UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GEORGE VATTER, III, ET AL.  CIVIL ACTION

VERSUS

JOHNNIE RAY WALKER, ET AL.  NO. 17-00171-JJB-RLB

**RULING AND ORDER**

After considering the Plaintiffs' *Motion to Remand*,[1] the record in this matter, the applicable law, the Magistrate Judge's *Report and Recommendation*,[2] and the *Defendants' Objection to Proposed Findings, Conclusions and Recommendations as to Plaintiffs' Motion to Remand*,[3] the Court hereby approves the Magistrate Judge's *Report and Recommendation* and adopts it as its opinion.

Accordingly, IT IS ORDERED that the Plaintiffs' *Motion to Remand* is GRANTED.[4] IT IS FURTHER ORDERED that this action be and is hereby REMANDED to the 18th Judicial District Court, Parish of Iberville, State of Louisiana.

Signed in Baton Rouge, Louisiana, on August 14th, 2017.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Doc. 5.
[2] Doc. 11.
[3] Doc. 12. Defendants' argument regarding La. C.C.P. art. 463 does not negate the possibility that there may be a finding of liability and no coverage by Great West (or other non-defendant insurers) thus triggering the uninsured/underinsured coverage of AllState. Doc. 11, p. 11.
[4] Doc. 5.

1